AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00386 |
| Steve Elijah Johnson, Jr. (AKA: Steve E. Johnson, Jr,. Steve Elnah Johnson, Stevie Johnson, Ralph Strodde) | ) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 12/17/2024<br>) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Steve Elijah Johnson, Jr.__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence on Capitol Grounds.

Date:     12/17/2024                                    _____
                                                        *Issuing officer's signature*

City and state:     Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/17/2024, and the person was arrested on *(date)* 12/18/2024
at *(city and state)* ROANOKE, VIRGINIA.

Date: 12/18/2024                                        _____
                                                        *Arresting officer's signature*

                                                        MARK ERICKSEN  SPECIAL AGENT
                                                        *Printed name and title*