# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :<br>: No. 24-mj-386-ZMF<br>: |
| v. | : : |
| STEVE ELIJAH JOHNSON, JR, | : : |
| *Defendant*. | : : |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS

Defendant Steve Johnson, through his undersigned counsel, hereby notifies the Court that Mr. Johnson *consents* to the Government's pending motion to dismiss.

Dated: January 22, 2025

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Steve Johnson*