UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

STEVE ELIJAH JOHNSON, JR,

Defendant.

Case No. 24-mj-00386-ZMF

## ORDER

Pursuant to the motion filed by the United States, ECF 10, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 31st day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge